101 A.3d 1075

IN THE MATTER OF JAMES A. KEY, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 003041974).

November 20, 2014.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 14–116, concluding that **JAMES A. KEY, JR.,** of **FORDS,** who was admitted to the bar of this State in 1974, should be censured for violating *RPC* 1.15(d) (recordkeeping violations), *RPC* 3.1 (asserting a frivolous claim), and *RPC* 5.3 (failure to supervise non-lawyer employees);

And the Disciplinary Review Board having further concluded that respondent should be required to complete a course in law

office management and submit proof of his satisfactory completion to the Office of Attorney Ethics within ninety days after the filing date of the Court's Order;

And good cause appearing;

It is ORDERED that **JAMES A. KEY, JR.,** is hereby censured; and it is further

ORDERED that within ninety days after the filing date of this Order, respondent shall enroll in and satisfactorily complete a course in law office management, and thereafter shall submit proof of his completion thereof to the Office of Attorney–Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.